# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  Amoruso, Louis E
  Amoruso, Mary A
  Debtors

Case No. 09 B 29115

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/08/2009.

2) The plan was confirmed on 10/05/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/25/2010.

5) The case was dismissed on 11/08/2010.

6) Number of months from filing or conversion to last payment: 11.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $4,833.60.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

    Total paid by or on behalf of the debtor    $12,020.00

    Less amount refunded to debtor    $0

**NET RECEIPTS:**    $12,020.00

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan    $2,674.00

    Court Costs    $0

    Trustee Expenses & Compensation    $719.06

    Other    $0

**TOTAL EXPENSES OF ADMINISTRATION:**    $3,393.06

Attorney fees paid and disclosed by debtor    $826.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Chase Automotive Finance | Secured | $19,650.00 | $19,650.00 | $19,650.00 | $8,626.94 | $0 |
| Advance Urology Assoc | Unsecured | $12.00 | NA | NA | $0 | $0 |
| Allied Interstate | Unsecured | $66.00 | NA | NA | $0 | $0 |
| Associated Anesthesiology | Unsecured | $67.00 | NA | NA | $0 | $0 |
| Bank Of America | Unsecured | $6,465.00 | NA | NA | $0 | $0 |
| Bank Of America | Unsecured | $6,002.00 | NA | NA | $0 | $0 |
| Bureau Of Recovery | Unsecured | $129.00 | NA | NA | $0 | $0 |
| Cardiac Consulting Group | Unsecured | $26.00 | NA | NA | $0 | $0 |
| Cardiology Interpretation | Unsecured | $2.00 | NA | NA | $0 | $0 |
| CB USA | Unsecured | $29.00 | $28.63 | $28.63 | $0 | $0 |
| Chase Automotive Finance | Unsecured | NA | $107.00 | $107.00 | $0 | $0 |
| Collection Professionals Inc | Unsecured | $174.00 | $174.82 | $174.82 | $0 | $0 |
| Credit Management Co. | Unsecured | $1,502.00 | NA | NA | $0 | $0 |
| Credit One | Unsecured | $1,050.00 | NA | NA | $0 | $0 |
| Creditors Discount & Audit Co | Unsecured | $30.00 | NA | NA | $0 | $0 |
| Creditors Discount & Audit Co | Unsecured | $172.00 | NA | NA | $0 | $0 |
| Creditors Discount & Audit Co | Unsecured | $120.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Creditors Discount & Audit Co | Unsecured | $114.00 | NA | NA | $0 | $0 |
| Creditors Discount & Audit Co | Unsecured | $156.00 | NA | NA | $0 | $0 |
| Creditors Discount & Audit Co | Unsecured | $162.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $75.00 | NA | NA | $0 | $0 |
| DeVry Institute of Technology | Unsecured | $500.00 | $500.00 | $500.00 | $0 | $0 |
| Educational Credit Management Corp | Unsecured | $1,750.00 | $1,750.00 | $1,750.00 | $0 | $0 |
| Educational Credit Management Corp | Unsecured | $2,655.00 | $3,048.03 | $3,048.03 | $0 | $0 |
| Family Practice | Unsecured | $132.00 | NA | NA | $0 | $0 |
| Family Practice | Unsecured | $178.00 | NA | NA | $0 | $0 |
| First Arnett Company | Unsecured | $87.00 | NA | NA | $0 | $0 |
| First Midwest Bank | Unsecured | $138.00 | NA | NA | $0 | $0 |
| Healthcare Revenue Management | Unsecured | $17.00 | NA | NA | $0 | $0 |
| HSN Credit Dept | Unsecured | $374.00 | NA | NA | $0 | $0 |
| ICS | Unsecured | $210.00 | NA | NA | $0 | $0 |
| ICS | Unsecured | $25.00 | NA | NA | $0 | $0 |
| ICS | Unsecured | $6.00 | NA | NA | $0 | $0 |
| Imagine | Unsecured | $514.00 | NA | NA | $0 | $0 |
| Ingalls Memorial Hospital | Unsecured | $528.00 | NA | NA | $0 | $0 |
| Ingalls Memorial Hospital | Unsecured | $27.00 | NA | NA | $0 | $0 |
| Inst For Personal Development | Unsecured | $140.00 | NA | NA | $0 | $0 |
| Jitterbug | Unsecured | $261.00 | NA | NA | $0 | $0 |
| KCA Financial Services | Unsecured | $211.00 | NA | NA | $0 | $0 |
| KCA Financial Services | Unsecured | $430.00 | NA | NA | $0 | $0 |
| KCA Financial Services | Unsecured | $248.00 | NA | NA | $0 | $0 |
| Loan Shop | Unsecured | $750.00 | NA | NA | $0 | $0 |
| Merchants Credit Guide | Unsecured | $13.00 | NA | NA | $0 | $0 |
| Merchants Credit Guide | Unsecured | $532.00 | NA | NA | $0 | $0 |
| Midwest Emergency | Unsecured | $17.00 | NA | NA | $0 | $0 |
| Mira Med Rev | Unsecured | $1,121.00 | NA | NA | $0 | $0 |
| Nationwide Medical Inc | Unsecured | $15.00 | NA | NA | $0 | $0 |
| NCO Portfolio Management | Unsecured | $784.00 | $684.38 | $684.38 | $0 | $0 |
| North Shore Agency Inc | Unsecured | $130.00 | NA | NA | $0 | $0 |
| Pain Center | Unsecured | $16.00 | NA | NA | $0 | $0 |
| Penn Foster Schools | Unsecured | $744.00 | NA | NA | $0 | $0 |
| Peter Analytis/Joliet Headache | Unsecured | $30.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $1,497.00 | $1,590.61 | $1,590.61 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | NA | $342.27 | $342.27 | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Portfolio Recovery Associates | Unsecured | $649.00 | $649.24 | $649.24 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $937.00 | $937.77 | $937.77 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $292.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $647.00 | $647.95 | $647.95 | $0 | $0 |
| Prairie Emergency Services | Unsecured | NA | $35.22 | $35.22 | $0 | $0 |
| Premier Bankcard | Unsecured | $457.00 | $357.82 | $357.82 | $0 | $0 |
| Premier Bankcard | Unsecured | $257.00 | $257.49 | $257.49 | $0 | $0 |
| Premier Bankcard | Unsecured | $434.00 | $434.54 | $434.54 | $0 | $0 |
| Premium Asset Recovery Corp | Unsecured | $60.00 | NA | NA | $0 | $0 |
| Primary Healthcare Associates | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Provena St Joseph Hospital | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Provena St Joseph Hospital | Unsecured | $2,409.00 | NA | NA | $0 | $0 |
| Radiology Imaging Consultants | Unsecured | $8.00 | NA | NA | $0 | $0 |
| RS Medical | Unsecured | $63.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $895.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $2,017.00 | $2,536.83 | $2,536.83 | $0 | $0 |
| Sallie Mae | Unsecured | $2,454.00 | $3,545.84 | $3,545.84 | $0 | $0 |
| Sallie Mae | Unsecured | $1,008.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $4,430.00 | $4,475.11 | $4,475.11 | $0 | $0 |
| Security Credit Systems | Unsecured | $57.00 | NA | NA | $0 | $0 |
| Southwest Laboratory Physican | Unsecured | $227.00 | NA | NA | $0 | $0 |
| Sprint Nextel | Unsecured | $308.00 | $388.02 | $388.02 | $0 | $0 |
| Uic-Physicians Group | Unsecured | $308.00 | NA | NA | $0 | $0 |
| United Collection Bureau Inc | Unsecured | $669.00 | NA | NA | $0 | $0 |
| Verizon Wireless | Unsecured | $521.00 | NA | NA | $0 | $0 |
| Verizon Wireless | Unsecured | $616.00 | $1,137.64 | $1,137.64 | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $19,650.00 | $8,626.94 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $19,650.00 | $8,626.94 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $23,629.21 | $0 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,393.06 |
| Disbursements to Creditors | $8,626.94 |
| **TOTAL DISBURSEMENTS:** | $12,020.00 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: December 21, 2010       By: /s/ MARILYN O. MARSHALL
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.